IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**RECEIVED**
MAR 13 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

DONNIE AND METRA HUGHES,
d/b/a HISTORICAL RENTALS, INC.,

    Plaintiffs,

Vs.

GAB ROBINS NORTH AMERICA, INC., et al.,

    Defendants.

CIVIL ACTION NO.

2:07cv222-MHT

## CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

    RSUI Indemnity Company (defendant)
    Alleghany Insurance Holdings, LLC
    RSUI Group, Inc.
    Landmark American Insurance Company

March 12, 2007
Date

_____
HELEN JOHNSON ALFORD (ALF002)
JUAN C. ORTEGA (ORT001)
Attorneys for Defendant RSUI Indemnity Company

OF COUNSEL:

ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama 36602
(251) 432-1600
(251) 432-1700 (fax)

SCANNED
FOR 3·13·07

CERTIFICATE OF SERVICE

    I certify that I have served a copy of the foregoing on counsel for all parties by depositing a copy of same in the United States mail, properly addressed and first class postage prepaid:

N.J. Cervera, Esq.
Matthew Baker, Esq.
CERVERA, RALPH & REEVES, LLC
914 South Brundidge Street
Troy, AL 36081

James S. Lloyd, Esq.
Karen D. Farley, Esq.
LLOYD, GRAY & WHITEHEAD, P.C.
2501 Twentieth Place North, Suite 300
Birmingham, AL 35223

Tom Burgess, Esq.
BURGESS & HALE, L.L.C.
505 North 20th Street, Suite 300
Birmingham, AL 35203

Done this 12TH day of MARCH, 2007.

_____
COUNSEL