IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 MAR 15  A 10: 15

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

DONNIE AND METRA HUGHES,
d/b/a HISTORICAL RENTALS, INC.,

        Plaintiffs,

Vs.

        CV NO.: 2:07-20022-MHT

2:07 cv 222-MHT

GAB ROBINS NORTH AMERICA, INC., et al.,

        Defendants.

## CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:
Parent Company:
Hilb, Rogal & Hobbs Company
a Delaware Corporation

March 12, 2007
Date

Signature
Tom Burgess ASB-0554-S78J

Kirklin & Co., LLC
Counsel for

Suite 300 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
Address, City, State Zip Code

(205) 715-4466
Telephone Number
email: tburgess@burgesshale.com

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on counsel for all parties by depositing a copy of same in the United States mail, properly addressed and first class postage prepaid this 12th day of March, 2007:

N.J. Cervera, Esq.
Matthew Baker, Esq.
CERVERA, RALPH & REEVES, LLC
914 South Brundidge Street
Troy, AL  36081

James S. Lloyd, Esq.
Karen D. Farley, Esq.
LLOYD, GRAY & WHITEHEAD, P.C.
2501 Twentieth Place North, Suite 300
Birmingham, AL  35223

Juan C. Ortega, Esq.
Alford, Clausen & McDonald
One St. Louis Center, Suite 5000
Mobile, Alabama 36602

_____
Of Counsel