IN THE UNITED STATES DISTRICT FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DONNIE AND METRA HUGHES, d/b/a HISTORICAL RENTALS, INC., | * * * | RECEIVED<br>2007 MAR 15 A 10: 15 |
| Plaintiffs, | * * | CIVIL ACTION NO. 2:07-20022-MTH |
| vs. | * * | IN THE CIRCUIT OF PIKE COUNTY, ALABAMA |
| GAB ROBINS NORTH AMERICA, INC., et al., | * * * | |
| Defendants. | * * * | CIVIL ACTION NO.: 2006-246-RWB |

### DEFENDANT KIRKLIN & CO., LLC a/k/a HRH/KIRKLIN & CO., LLC'S CONSENT TO REMOVAL

COMES NOW Defendant Kirklin & Co., LLC a/k/a HRH/Kirklin & Co., LLC, whose correct name Kirklin & Co., LLC, by and through counsel, and hereby consents to the Removal filed by Defendant RSUI Indemnity Co. Dated this 12th day of March, 2007.

_____
TOM BURGESS (BUR011)
Attorney for Defendant Kirklin & Co., LLC

OF COUNSEL:

BURGESS & HALE, LLC
505 N. 20TH Street, Suite 300
Birmingham, Alabama 35203
(205) 715-4466
(251) 715-4454 (fax)

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on counsel for all parties by depositing a copy of same in the United States mail, properly addressed and first class postage prepaid this 12th day of March, 2007:

N.J. Cervera, Esq.
Matthew Baker, Esq.
CERVERA, RALPH & REEVES, LLC
914 South Brundidge Street
Troy, AL 36081

James S. Lloyd, Esq.
Karen D. Farley, Esq.
LLOYD, GRAY & WHITEHEAD, P.C.
2501 Twentieth Place North, Suite 300
Birmingham, AL 35223

Juan C. Ortega, Esq.
Alford, Clausen & McDonald
One St. Louis Center, Suite 5000
Mobile, Alabama 36602

_____
Of Counsel