IN THE UNITED STATES DISTRICT FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DONNIE AND METRA HUGHES, d/b/a HISTORICAL RENTALS, INC., | * * * | |
| Plaintiffs, | * * | CIVIL ACTION NO.  07-222 |
| vs. | * * | IN THE CIRCUIT OF PIKE COUNTY, ALABAMA |
| GAB ROBINS NORTH AMERICA, INC., et al., | * * * | |
| Defendants. | * * * | CIVIL ACTION NO.: 2006-246-RWB |

### DEFENDANTS GAB ROBINS NORTH AMERICA, INC., AND TROY RHOADES' CONSENT TO REMOVAL

COME NOW Defendants GAB Robins North America, Inc., and Troy Rhoades, by and through counsel, and hereby consent to the Removal filed by Defendant RSUI Indemnity Co.

Dated this 12th day of March, 2007.

_____
JAMES S. LLOYD (LLO004)
KAREN D. FARLEY (FAR0035)
Attorneys for Defendants GAB Robins North
America, Inc., and Troy Rhoades

OF COUNSEL:

LLOYD, GRAY & WHITEHEAD, P.C.
2501 Twentieth Place North, Suite 300
Birmingham, Alabama 35223
(205) 967.8822
(251) 967-2380 (fax)

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on counsel for all parties by depositing a copy of same in the United States mail, properly addressed and first class postage prepaid:

N.J. Cervera, Esq.
Matthew Baker, Esq.
CERVERA, RALPH & REEVES, LLC
914 South Brundidge Street
Troy, AL 36081

Helen J. Alford, Esq.
Juan C. Ortega, Esq.
ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama 36602

Tom Burgess, Esq.
BURGESS & HALE, L.L.C.
505 North 20th Street, Suite 300
Birmingham, AL 35203

Done this 12 day of March, 2007

_____
COUNSEL