IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DONNIE AND METRA HUGHES,
d/b/a HISTORICAL RENTALS, INC.,

        Plaintiffs,

Vs.                              CIVIL ACTION NO.

GAB ROBINS NORTH AMERICA, INC., et al.,

        Defendants.

**CONFLICT DISCLOSURE STATEMENT**

        In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

        GAB Robins North America, Inc.
        EFI, Engineering

3-12-07
Date

JAMES S. LLOYD (LLO004)
KAREN D. FARLEY (FAR0035)
Attorneys for Defendant GAB Robins North America, Inc.

OF COUNSEL:

LLOYD, GRAY & WHITEHEAD, P.C.
2501 Twentieth Place North, Suite 300
Birmingham, Alabama 35223
(205) 967.8822
(251) 967-2380 (fax)

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on counsel for all parties by depositing a copy of same in the United States mail, properly addressed and first class postage prepaid:

N.J. Cervera, Esq.
Matthew Baker, Esq.
CERVERA, RALPH & REEVES, LLC
914 South Brundidge Street
Troy, AL 36081

Helen J. Alford, Esq.
Juan C. Ortega, Esq.
ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama 36602

Tom Burgess, Esq.
BURGESS & HALE, L.L.C.
505 North 20th Street, Suite 300
Birmingham, AL 35203

Done this 12 day of March, 2007

_____
COUNSEL