IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONNIE AND METRA HUGHES, <br> d/b/a HISTORICAL RENTALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GAB ROBINS NORTH AMERICA, INC. and <br> TROY RHOADES, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action Number: <br> ) 2:07-CV-222 <br> ) <br> ) <br> ) <br> ) |

**AMENDED CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the Order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following amended disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order Number 3047:

The following entities are hereby reported:

GAB Robins North America, Inc.

EFI, Engineering

MedInsights, Inc.

Date: March 16, 2007

JAMES S. LLOYD (ASB-4384-D60J)
KAREN D. FARLEY (ASB-6344-E50K)
Attorneys for Defendants GAB Robins
North America, Inc. And Troy Rhoades

OF COUNSEL:

LLOYD, GRAY & WHITEHEAD, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223
Telephone: 205-967-8822
Facsimile: 205-967-2380
Email: jlloyd@lgwpc.com
kfarley@lgwpc.com

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on counsel for all parties by depositing a copy of same in the United States Mail, properly addressed and first class postage prepaid:

Matthew M. Baker, Esq.
N. J. Cervera, Esq.
Cervera Ralph & Reeves, LLC
914 S. Brundidge Street
P.O. Box 325
Troy, Alabama 36081
Email: mbaker@troycable.net
ncervera@troycable.net
Telephone: 334-566-0116
Facsimile: 334-566-4073

J. Thomas Burgess, Jr., Esq.
Burgess & Hale, LLC
Financial Center
505 20th St N Ste 300
Birmingham, Alabama 35203-4629
Email: tburgess@burgesshale.com
Telephone: (205) 715-4466
Facsimile: (205) 715-4454

Juan C. Ortega, Esq.
Helen J. Alford, Esq.
Alford, Clausen & McDonald, LLC
1 Saint Louis St Ste 5000
Mobile, Alabama 36602-3929
Email: jco@alfordclausen.com
Telephone: (251) 432-1600
Facsimile: (251) 432-1700

_____
OF COUNSEL