**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 16, 2007

# NOTICE OF CORRECTION

**From:**            Clerk's Office

**Case Style:**      **Donnie Hughes, et al.  v. GAB Robins North America, Inc., et al.**

**Case Number:**    **#2:07-cv-00222-MHT**

**Referenced Document:** Document #5
Consent to Removal

**This notice has been docketed to enter the certificate of service to the referenced document into the record.  The original pdf did not contain a certificate of service.  The corrected pdf is attached to this notice.**

IN THE UNITED STATES DISTRICT FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DONNIE AND METRA HUGHES, d/b/a HISTORICAL RENTALS, INC., | * * * | |
| Plaintiffs, | * * | CIVIL ACTION NO.   07-222 |
| vs. | * * | |
| GAB ROBINS NORTH AMERICA, INC., et al., | * * * | IN THE CIRCUIT OF PIKE COUNTY, ALABAMA |
| Defendants. | * * * | CIVIL ACTION NO.: 2006-246-RWB |

### DEFENDANTS GAB ROBINS NORTH AMERICA, INC., AND TROY RHOADES' CONSENT TO REMOVAL

COME NOW Defendants GAB Robins North America, Inc., and Troy Rhoades, by and through counsel, and hereby consent to the Removal filed by Defendant RSUI Indemnity Co.

Dated this 12th day of March, 2007.

_____
JAMES S. LLOYD (LLO004)
KAREN D. FARLEY (FAR0035)
Attorneys for Defendants GAB Robins North America, Inc., and Troy Rhoades

OF COUNSEL:

LLOYD, GRAY & WHITEHEAD, P.C.
2501 Twentieth Place North, Suite 300
Birmingham, Alabama 35223
(205) 967.8822
(251) 967-2380 (fax)

CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on counsel for all parties by depositing a copy of same in the United States mail, properly addressed and first class postage prepaid:

N.J. Cervera, Esq.
Matthew Baker, Esq.
CERVERA, RALPH & REEVES, LLC
914 South Brundidge Street
Troy, AL 36081

Helen J. Alford, Esq.
Juan C. Ortega, Esq.
ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama 36602

Tom Burgess, Esq.
BURGESS & HALE, L.L.C.
505 North 20th Street, Suite 300
Birmingham, AL 35203

Done this 12 day of March, 2007

_____
COUNSEL