IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DONNIE HUGHES, etc., )<br>et al., )<br> )<br>   Plaintiffs, )<br> )<br>   v. )<br> )<br>GAB ROBINS NORTH AMERICA, )<br>INC., et al., )<br> )<br>   Defendant. ) | CIVIL ACTION NO.<br>2:07cv222-MHT |

ORDER

The allegations of the notice of removal are insufficient to invoke this court's removal jurisdiction under 28 U.S.C. §§ 1332 (diversity of citizenship) 1441 (removal).  To invoke removal jurisdiction based on diversity, the notice of removal must distinctly and affirmatively allege each party's citizenship.  See McGovern v. American Airlines, Inc., 511 F. 2d 653, 654 (5th Cir. 1975) (per curiam).  The allegations must show that the citizenship of each plaintiff is different from that of each defendant.  See 28 U.S.C. § 1332; see also

2 James Wm. Moore, et al., Moore's Federal Practice § 8.03[5][b] at 8-16 (3d ed. 2006).

The removal notice is insufficient because it does not indicate the citizenship of corporate defendant Hilb, Rogal & Hobbs wholesale Insurance Services, Inc. The notice must allege the citizenship of <u>both</u> the State of incorporation <u>and</u> where the corporation has its principal place of business. <u>See</u> 28 U.S.C. § 1332(c)(2); <u>American Motorists Ins. Co. v. American Employers' Ins. Co.</u>, 600 F.2d 15, 16 and n.1 (5th Cir. 1979) (per curiam).

The notice of removal fails in another respect. The notice gives the "residence" rather than the "citizenship" of plaintiff Donnie Hughes and Metra Hughes and defendant Troy Rhoades. An allegation that a party is a "resident" of a State is not sufficient to establish that a party is a "citizen" of that State. <u>Delome v. Union Barge Line Co.</u>, 444 F.2d 225, 233 (5th Cir.), <u>cert. denied</u>, 404 U.S. 995 (1971).

It is therefore the ORDER, JUDGMENT, and DECREE of

the court that the removing party has until April 6, 2007, to amend the notice of removal to allege jurisdiction sufficiently, 28 U.S.C. § 1653; otherwise this lawsuit shall be remanded to state court.

DONE, this the 21st day of March, 2007.

                                       /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**