IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DONNIE HUGHES, etc., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) | 
| GAB ROBINS NORTH AMERICA, INC., et al., | ) ) ) |
| Defendant. | ) |

CIVIL ACTION NO. 2:07cv222-MHT

ORDER

It is ORDERED that the motion to remand (Doc. No. 9), is set for submission, without oral argument, on April 6, 2007, with all briefs and evidentiary materials due by said date.

DONE, this the 21st day of March, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**