IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DONNIE and METRA HUGHES, d/b/a HISTORICAL RENTALS, INC.,** )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>**GAB ROBINS NORTH AMERICA, INC., et al.** )<br>)<br>Defendants. ) | Case No.: 2:07-cv-222-MHT-WC |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of the court, the undersigned parties to the above captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

There are no entities to be reported.

Respectfully submitted this the 3rd day of April, 2007.

                                            s/ N.J. Cervera
                                            N.J. CERVERA (CER001)
                                            MATTHEW M. BAKER (BAK017)
                                            Counsel for Donnie Hughes, Metra Hughes and
                                            Historical Rentals, Inc.

OF COUNSEL:

CERVERA, RALPH & REEVES, LLC
914 South Brundidge Street
P.O. Box 325
Troy, Alabama 36081

## **CERTIFICATE OF SERVICE**

     I hereby certify that on April 3, 2007, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons:

Helen Johnson Alford, Esq.
Juan C. Ortega, Esq.
ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama 36602

Tom Burgess, Esq.
BURGESS & HALE, L.L.C.
505 North 20th Street, Suite 300
Birmingham, Alabama 35203

James S. Lloyd, Esq.
Karen D. Farley, Esq.
LLOYD, GRAY & WHITEHEAD, P.C.
2501 Twentieth Place North, Suite 300
Birmingham, Alabama 35223

this the 3rd day of April, 2007.

                                      s/ N.J. Cervera
                                      OF COUNSEL