**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **DONNIE and METRA HUGHES, d/b/a** | ) | |
| **HISTORICAL RENTALS, INC.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No.:  2:07-cv-222-MHT-WC** |
| | ) | |
| **GAB ROBINS NORTH AMERICA,** | ) | |
| **INC., et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION TO DISMISS DEFENDANT HILB, ROGAL & HOBBS  WHOLESALE
INSURANCE SERVICES, INC. WITHOUT PREJUDICE**

COMES NOW, the plaintiffs in the above-styled action and do hereby move this honorable court to dismiss the named defendant Hilb, Rogal & Hobbs Wholesale Insurance Services, Inc., without prejudice. As grounds therefore, the plaintiffs show unto the Court the following:

1.      Documents provided to the plaintiffs by the defendant's counsel show that as of this time, Defendant Hilb Rogal & Hobbs Wholesale Insurance Services, Inc. does not appear to be involved in this matter.

2.      Therefore, it would be unjust to require their presence in this action any longer.

WHEREFORE, Plaintiffs file this Motion to Dismiss, and based upon the applicable laws and rules of procedure, and also the above stated facts, the Plaintiffs do pray that this Honorable Court dismiss Hilb, Rogal & Hobbs Wholesale Insurance Services, Inc., without prejudice.

Respectfully submitted this the 3rd day of April, 2007.

**s/ N.J. Cervera**
N.J. CERVERA (CER001)
MATTHEW M. BAKER (BAK017)

OF COUNSEL:

CERVERA, RALPH & REEVES, LLC
914 South Brundidge Street
P.O. Box 325
Troy, Alabama 36081

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2007, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons:

Helen Johnson Alford, Esq.
Juan C. Ortega, Esq.
ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama 36602

Tom Burgess, Esq.
BURGESS & HALE, L.L.C.
505 North 20th Street, Suite 300
Birmingham, Alabama 35203

James S. Lloyd, Esq.
Karen D. Farley, Esq.
LLOYD, GRAY & WHITEHEAD, P.C.
2501 Twentieth Place North, Suite 300
Birmingham, Alabama 35223

this the 3rd day of April, 2007.

s/ N.J. Cervera
OF COUNSEL