IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DONNIE HUGHES, etc., ) | |
| et al., ) | |
|   ) | |
|   Plaintiffs, ) | |
|   ) | CIVIL ACTION NO. |
|   v. ) | 2:07cv222-MHT |
|   ) | (WO) |
| GAB ROBINS NORTH AMERICA, ) | |
| INC., et al., ) | |
|   ) | |
|   Defendant. ) | |

JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The plaintiffs' motion to dismiss (Doc. No. 14) is granted.

(2) Defendant Hilb, Rogal & Hobbs Wholesale Insurance Services, Inc., is dismissed without prejudice.

(3) The court assumes that none of the parties has any objection to the dismissal; however, if a

party does, that party must file the objection within seven (7) days from the date of this order.

DONE, this the 5th day of April, 2007.

                                    /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**